# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4009
_____

HAYSSEM YAZJI,

    Appellant,

v.

ELIAN RAYMOND ALBERT, and
A&Y ENTERPRISES, INC.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

July 24, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gust G. Sarris, Adsum Law Firm, P.L., Jacksonville, for Appellant.

Michael S. Drews and Anna Bichiashvili, Drews Law Firm, Jacksonville, for Appellee Elian Raymond Albert.